of a substantial federal question. *Solon W. Smith* for appellant. *Milton Keen* for appellees.

No. 636. DAVIS ET AL. *v.* BEELER, ATTORNEY GENERAL, ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Weldon B. White* for appellants. *Nat Tipton* for appellees.

No. 432, Misc. MURRAY *v.* MISSISSIPPI. On petition for appeal to the Supreme Court of Mississippi. The petition for the allowance of an appeal is denied but the appeal papers will be treated as an application for a writ of certiorari. It is ordered that execution of the sentence of death imposed on the petitioner (appellant) by the Circuit Court of Stone County, Mississippi, be, and the same hereby is, stayed until the further order of this Court.

No. 608. VERMILYA-BROWN Co., INC. ET AL. *v.* CONNELL ET AL. C. C. A. 2d. Certiorari granted. *J. Randall Creel* and *Charles Fahy* for petitioners. *Jacob Bromberg* for respondents. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* urging that the petition be granted.

No. 604. HOINESS *v.* UNITED STATES. C. C. A. 9th. Certiorari granted limited to questions (1) (b) and (2) (a) presented by the petition for the writ. *Herbert Resner* for petitioner. *Solicitor General Perlman* for the United States.